THE STATE EX REL. AZIZHAKIM, APPELLANT, *v.* GAUL, JUDGE, APPELLEE.

[Cite as *State ex rel. Azizhakim v. Gaul* (1993), 68 Ohio St.3d 115.]

116

(No. 93–1422—Submitted November 9, 1993—Decided December 29, 1993.)

*Ali Azizhakim, pro se.*

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *Karen L. Johnson,* Assistant Prosecuting Attorney, for appellee.

The judgment of the court of appeals is affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.